

RECEIVED
JUL 0 2 2018
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Plaintiff(s),

vs. TARA MAYFIELD

Case No. _____
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES ☐   NO ☐

DOLLAR GENERAL STORE

Defendant(s).

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

## COMPLAINT

**PARTIES**

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff TARA MAYFIELD

   Name TARA MAYFIELD

   Street Address 1010 CURRIE AVE N # SALLY SIDE

   County, City MINNEAPOLIS

   State & Zip Code MINNESOTA 55403

   Telephone Number 952 292 5140



SCANNED
JUL 0 2 2018
U.S. DISTRICT COURT MPLS

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1 DOLLAR GENERAL STORE (JUNE 5-24 2018

      Name MANAGER KEITH + tRANACTION CASHIER

      Street Address Lyndale & BROADWAY

      County, City MINNEAPOLIS

      State & Zip Code Minnesota

   b. Defendant No. 2 GREEN DOT (PREPAID VISA)

      Name DOLLAR GENERAL STORE

      Street Address LYNDALE & BROADWAY

      County, City MINNEAPOLIS

      State & Zip Code MINNESOTA

   c. Defendant No. 3

      Name

      Street Address

      County, City

      State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)

2

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   [✓] Federal Question      [ ] Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply. PREPAId CARd you can load with CASH TO PAY Bills on line OR swipe for purchase At A stoRe OR withdRAw FROM AtM MAcHine

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name: TARA MAYField   State of Citizenship:

   Defendant No. 1: DOLLAR GeneRAl   State of Citizenship:

   Defendant No. 2:   State of Citizenship:

   **Attach additional sheets of paper as necessary and label this information as paragraph 5.** RecIept + CARd non AVAiLABle AtM Reiept
   **Check here if additional sheets of paper are attached.** [ ]

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

   [✓] Defendant(s) reside in Minnesota   [✓] Facts alleged below primarily occurred in Minnesota
   [✓] Other: explain

   * InconvIence DuRing woRk
   * TRAvel TO DAuGHteR GRAduAtion
   * PROTecting pROpeRty By EmeRGency pAying Bill By ON LINE AVAiLABiliTy w/ legal Funds

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

3

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7.

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

BARCODE FEE $1.95
CASH to load CARd $110.00 = $112.00
tRavel + MISC $750.00 PIUS CoRt cost filing Fee
$112.00
———————

Signed this 02 day of JULY 2018

Signature of Plaintiff  Tara Mayfield

Mailing Address
1010 Currie Ave N #Sally Side
Minneapolis Minnesota 55403

Telephone Number 952 292 5140

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

5