18cv1848 PJS/KMM

1. Scan Reciept number
   OR
   type

GREE DOT VISA
866 443 6669
SPEAK to ABOUT
CARD with Amount
WAS stated CASH
Still on the card

RECEIVED
JUL 02 2018
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Deveena
will HELP
REtRIEVE
Refund by
other SHIFT
MANAGER

```
              612 492 1940
GREEN DOT VISA
BARCODE ******
Fee                    1.95
                     110.95
CASH                 112.00
CHANGE

                  5595 pin

************************
*  You may have a chance to  *
*  WIN A $100 Gift Card   *
*         Go to              *
*  DGCustomerFirst.com    *
*  Tell us about your visit and be entered *
*  to win one of ten $100 DG Gift Cards!   *
*       Must be 18+ to enter               *
*       Drawings held weekly!              *
         Survey Code
     1908-0458-1065-713
************************

----------CUT HERE----------
   SATURDAY JUNE 9TH ONLY!
      DG Store Coupon  Valid 6/9/2018
         $5 OFF $25
       $5 off your purchase of
         $25 or more
  OR SHOP ONLINE USE PROMO CODE DGSAVEJUN

$25 or more (pretax) calculated after
all other Dollar General discounts. This
coupon can't be combined with other
Dollar General $2, $3, and $5 off store
coupons. Must present coupon to cashier.
Limit one per customer. We reserve the
right to limit use to normal retail
purchases. No cash value. Copies not
accepted. Coupon excludes: gift cards,
phone cards, prepaid financial cards,
prepaid wireless handsets, Rug Doctor
rentals, propane, e-cigarettes, tobacco,
and alcoholic beverages.
X0116529215896911

----------CUT HERE----------

       Save Time. Save Money.
            Every Day!
        at Dollar General
```

SCANNED
JUL 02 2018
U.S. DISTRICT COURT MPLS



#2
SCAN BARCODE TO GIVE
REFUND BACK

So easy to use!

### 1. LOAD
Give the cashier the amount of cash you want to load, $20-$500.

### 2. REGISTER & USE
Go to GreenDot.com and register your card, or call (888) 244-7589. The card inside this package is ready to use after we verify your ID. Plus, get the Green Dot App to manage your account from your mobile phone.

### 3. RELOAD
**RELOAD WITH CASH** - Take your card to the register at any Green Dot retailer.
**ASAP DIRECT DEPOSIT™** - Enroll in direct deposit and have your payroll or Federal Benefits loaded to your card as soon as we're notified that you have money coming - often 2 days early for employer payroll and 4 days early for Federal Benefits!

Federal law requires us to obtain, verify and record personal information that identifies customers when registering a new card. This card can only be used at merchants and ATMs within the U.S. To close your account and fully deplete your balance, simply spend down the amount on your card and then throw it away. Or, once you've activated your personalized card, you can use our free online bill pay service to send yourself a check for the remaining balance.



# ASAP DIRECT DEPOSIT ™

**Get employer payroll loaded to your card, often 2 days before payday!**

**Get Federal Benefits loaded to your card, often 4 days before benefits day!**

We load your pay when your employer or benefits provider gives us early notice you have money coming. Not every employer or benefits provider gives us early notice every payday, but many do.

**ENROLL TODAY!** Your direct deposit enrollment information is printed inside this package under the card.

## $5,000 PAYDAY BONUS
### A NEW WINNER DRAWN EVERY FRIDAY

You're automatically entered to win when you make a purchase with your card at least once before each week's drawing.

NO PURCHASE NECESSARY TO ENTER SWEEPSTAKES. Sweepstakes ends 7/26/18 at 11:59 PM ET, with Entry Periods ending weekly. Sweepstakes may be extended at any time at our sole discretion. Visit GreenDot.com/payday for full, official rules and end date. Must be a resident of one of the 50 US states or DC & 18 or older to enter. Void where prohibited.

**Police and Courts Information** Area code 612

*Handwritten:* June 5 2018  DOLLAR General

| | |
|---|---|
| First Precinct 673-5701 | |
| Second Precinct 673-5702 | Property Crimes 673-5712 |
| Third Precinct 673-5703 | Property Crimes 673-5713 |
| Fourth Precinct 673-5704 | Property Crimes 673-5714 |
| Fifth Precinct 673-5705 | Property Crimes 673-5715 |

Traffic Accident Investigations, Haaf Ramp 300 S 5th St  673-2981
Criminal Investigations (Not Property Crimes), Room 108  673-2941
Juvenile Investigations, Room 21B  673-2921

Records - *obtaining report copies*, Room 31  673-2961
Property & Evidence Unit - *return of property*, Room 33  673-2932
Impound Lot - *vehicle hold information*, 51 Colfax Avenue N  673-5777
Conflict Resolution Center  822-9883
Office of Police Conduct Review, Room 239  673-5500

Hennepin County Jail – *offender release information*  348-5112
Hennepin County Attorney, Victim Assistance – *felony cases*  348-4003
Minneapolis City Attorney's Office – *filing criminal charges*  311 or 673-3000
Domestic Abuse Service Center – *filing for an OFP*  348-5073

*Handwritten:* 350 4 St S  CITY HALL  MR DOLL

**Minneapolis Police**
For more information call 311 or visit www.minneapolismn.us

| Squad Number | Case Control Number (CCN) | Precinct/Division |
|---|---|---|
| | | |
| Officer(s) Badge Number(s) and Name(s) | | |
| | | |

**Attention:** For reasonable accommodations or alternative formats please contact (add your information here including: department, contact person, phone and email). People who are deaf or hard of hearing can use a relay service to call 311 at 612-673-3000. TTY users can call 612-673-2157 or 612-673-2626.
**Para asistencia** 612-673-2700, Yog xav tau kev pab, hu 612-673-2800, Hadii aad Caawimaad u baahantahay 612-673-3500.

MP-6441 rev. 10-17

## Crime Victim's Rights

1. You can apply for financial help to cover losses (not property losses) as a victim of a violent crime. To do so: call 651-201-7300 OR 1-888-622-8799.
2. You can request that the police withhold public access to data revealing your identity. The police department will decide if this is possible. Contact the Police Records Unit to make this request at 612-673-2961.
3. You have the right if the offender is charged, to be informed of and participate in the prosecution of the case, including the right to request restitution for losses you suffered because of the crime.
4. If you feel that your rights as a victim have been violated, contact the Crime Victim Justice Unit at 1-888-622-8799 or dps.justiceprograms@state.mn.us.

## 24 Hour Crisis Phone Lines

DayOne Domestic Violence MN Shelters – shelter for DV victims  1-866-223-1111
Crisis Connection – 24 hour access to a crisis counselor  612-379-6363
HCMC Psych Crisis Intervention – 24 hour support for those in emotional crisis  612-873-3161
HCMC Suicide Hotline – 24 hour crisis counseling  612-873-2222
Sexual Violence Center Crisis Hotline – support for victims of sexual violence  612-871-5111
Hennepin County COPE/Adult Mental Health Crisis – mobile crisis team  612-596-1223
Hennepin County Child Mental Health Crisis – mobile crisis team  612-348-2233
Greater Minneapolis Crisis Nursery – 24 hour access to a family counselor  763-591-0100
United Way First Call for Help – housing, food, health, legal, transportation  2-1-1
Veteran's Assistance – help accessing services for veterans  651-282-4055

## Domestic Violence Information

IF YOU ARE THE VICTIM OF DOMESTIC VIOLENCE, you can ask the city or county attorney to file a criminal complaint. You also have the right to go to court and file a petition requesting an order for protection from domestic abuse. The order could include the following:

1. An order restraining the abuser from further acts of abuse;
2. An order directing the abuser to leave your household;
3. An order preventing the abuser from entering your residence, school, business, or place of employment;
4. An order awarding you or the other parent custody of or parenting time with your minor child or children; or
5. An order directing the abuser to pay support to you and the minor children if the abuser has a legal obligation to do so.

For additional information, to get an Order for Protection, or to talk to a police investigator, prosecutor, or advocate call the Hennepin County Domestic Abuse Service Center at 612-348-5073.

## Assistance for Victims of Domestic Abuse

DayOne Domestic Violence MN Shelters – shelter information  1-866-223-1111
Asian Women United – shelter & advocacy  612-724-8823
Casa de Esperanza – shelter & advocacy  651-772-1611
Division of Indian Work – family violence program  612-722-8722
Domestic Abuse Project – legal advocacy (Spanish, Hmong, English)  612-673-3526
Domestic Abuse Project – case management and therapy  612-874-7063
Harriet Tubman – shelter & advocacy  612-825-0000
OutFront Minnesota – GLBTQ 24 hour domestic abuse line  612-673-3526
Domestic Abuse Service Center – filing for an Order for Protection  612-348-5073

Press Checkings
Pin 5595

Second try Online
OR
Swipe

Pin number
Automatic system
Choose #2513









