UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Tara Mayfield,

              Plaintiff,

Case No. 18-cv-1848-PJS-KMM

v.

ORDER

Dollar General Store, et al.,

              Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Kate Menendez, dated August 15, 2018. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

This action is DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(b) for failure to prosecute.

**Let Judgment Be Entered Accordingly.**

Date: 9/11/18

        s/Patrick J. Schiltz
        PATRICK J. SCHILTZ
        United States District Court Judge